UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JAMES BECK,

    Plaintiff,

CASE NO: 2:17-cv-02885-SHL-dkv

-vs-

ALLY FINANCIAL, INC.,

    Defendant.

_____/

## NOTICE OF RECHEDULED MEDIATION

    PLEASE TAKE NOTICE that the mediation scheduled for the 28th day of March, 2018, at 9:00 A.M. has been rescheduled to take place on the **29th day of March, 2018, at 9:00 A.M.** before Mediator James R. Betts, Esquire, at 201 N. Franklin Street, Suite 1775, Tampa, Florida 33602.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail this 8th day of March, 2018, to: Eric Troutman, Esquire, and Alexandra Krasovec, Esquire, DORSEY & WHITNEY LLP, 600 Anton Boulevard Suite 2000, Costa Mesa, California 92626 (troutman.eric@dorsey.com; krasovec.alexandra@dorsey.com) and Samuel A. Morris, Esquire, Burr & Forman, LLP, 511 Union Street, Suite 2300, Nashville, Tennessee 37219 (smorris@burr.com).

    /s/Frank H. Kerney, III, Esquire
    Frank H. Kerney, III, Esquire
    BPR #: 035859
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 North Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile: (813) 223-5402
    fkerney@forthepeople.com
    jkneeland@forthepeople.com
    snazario@forthepeople.com
    *Counsel for Plaintiff*