UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JAMES BECK,

     Plaintiff,

                              CASE NO: 2:17-cv-02885-SHL-dkv

-vs-

ALLY FINANCIAL, INC.,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, James Beck, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Eric Troutman, Esquire and Alexandra Krasovec, Esquire, DORSEY & WHITNEY LLP, 600 Anton Boulevard Suite 2000, Costa Mesa, California  92626; (troutman.eric@dorsey.com; krasovec.alexandra@dorsey.com; and claridge.vanessa@dorsey.com) and Samuel A. Morris, Esquire, Burr & Forman, LLP, 511 Union Street, Suite 2300, Nashville, Tennessee  37219 (smorris@burr.com; agosnell@burr.com; and lcasey@burr.com).

_/s/Frank H. Kerney, III, Esquire_
Frank H. Kerney, III, Esquire
BPR #: 035859
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
_Counsel for Plaintiff_