UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JAMES BECK,

     Plaintiff,

                                       CASE NO: 2:17-cv-02885-SHL-dkv

-vs-

ALLY FINANCIAL, INC.,

     Defendant.

_____/

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

     COME NOW the Plaintiff, James Beck, and the Defendant, Ally Financial, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

     Respectfully submitted this 30th day of April, 2018.


/s/*Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
BPR #: 035859
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*

/s/*Alexandra Krasovec, Esquire*
Alexandra Krasovec, Esquire
Eric J. Troutman, Esquire
*Admitted Pro Hac Vice*
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
krasovec.alexandra@dorsey.com
troutman.eric@dorsey.com

/s/*Samuel A. Morris, Esquire*
Samuel A. Morris, Esquire

BPR#: 034878
Burr & Forman LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3290
smorris@burr.com

*Counsel for Defendant*