IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
JAMES BECK,                    )
                               )
     Plaintiff,                )
                               )
v.                             )       2:17-cv-02885-SHL-dkv
                               )
ALLY FINANCIAL, INC.,          )
                               )
     Defendant.                )
```

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed December 11, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 24) filed April 30, 2018, and pursuant to F.R.C.P. 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

April 30, 2018
Date